**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000535
23-APR-2024
08:09 AM
Dkt. 79 ODSLJ**

NO. CAAP-23-0000535

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF S.G. and L.G.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-S NO. 22-0044)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Leonard, Acting Chief Judge, Wadsworth and McCullen, JJ.)

Upon review of the record, it appears that Mother-Appellant N.G. filed a self-represented[1] appeal from a June 16, 2023 Order Concerning Child Protective Act, entered by the Family Court of the Third Circuit in FC-S No. 22-0044. The September 13, 2023 notice of appeal was filed more than thirty days after the order appealed-from, and the deadline to appeal was not tolled or extended. The notice of appeal is therefore untimely. See Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 4(a)(1); Grattafiori v. State, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995) ("As a general rule, compliance with the requirement of the

---

[1] Though Appellant is represented by court-appointed counsel, she filed the appeal pro se.

timely filing of a notice of appeal is jurisdictional, . . . and we must dismiss an appeal on our motion if we lack jurisdiction." (citations & internal quotation marks omitted)); HRAP Rule 26(b) ("[N]o court or judge or justice is authorized to change the jurisdictional requirements contained in Rule 4 of these rules.").

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of jurisdiction.

DATED: Honolulu, Hawaiʻi, April 23, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge